No. 04–74. SOUTH DAKOTA v. CUMMINGS. Sup. Ct. S. D. Certiorari denied.

No. 04–83. TUCKER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–202. KHASHAN v. WFS FINANCIAL SERVICES, INC. C. A. 9th Cir. Certiorari denied.

No. 04–205. AKAN-ETUK v. SANTA CLARA COUNTY, CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 04–207. LEWIS v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 04–211. JOHNSON v. U. S. BANK N. A., FKA FIRST BANK N. A., ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–214. GREENBLATT v. ORENBERG ET AL. C. A. 3d Cir. Certiorari denied.

No. 04–216. MCDONALD v. MCDONALD. Sup. Ct. Miss. Certiorari denied.

No. 04–217. OSBURN ET AL. v. GEORGIA ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–234. MAYS, TRUSTEE, ET AL. v. ST. PAT PROPERTIES, LLC, ET AL. Sup. Ct. Ark. Certiorari denied.

No. 04–238. WALKER v. WAINWRIGHT. C. A. 11th Cir. Certiorari denied.

No. 04–241. RANGEL-QUINONEZ ET AL. v. ASHCROFT, ATTORNEY GENERAL. C. A. 10th Cir. Certiorari denied.

No. 04–269. STOKOVICH v. VILLAGE OF LAKE VILLA, ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 04–302. PANG v. UNITED STATES. C. A. 9th Cir. Certiorari denied.